*Campbell D. Barrett,* in opposition.

Decided November 12, 2003

### PAUL ZANONI ET AL. *v.* KAREN R. LYNCH

### ROSALIE B. ZANONI ET AL. *v.* KAREN R. LYNCH

### ROSALIE B. ZANONI ET AL. *v.* KEITH B. GALLANT ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 79 Conn. App. 325 (AC 22858), is denied.

*Paul Zanoni*, pro se, and *Rosalie B. Zanoni*, pro se, in support of the petition.

Decided November 20, 2003